

# FORDHAM
UNIVERSITY

*New York City's Jesuit University*

February 2000
Office of the Dean
College of Business Administration

To Whom It May Concern:

I am writing in the strongest possible support of Ms. Natalie Jean-Baptiste's application to law school. She was my student, and following that I have acted as her mentor for the last three years. She has consistently stood out from her peers as competitive to an unusual degree. Any piece of paperwork, for example, which Natalie produces must be flawless. I have seen her intervene in a discussion, which held the potential to be divisive, and provide answers which satisfied all parties. She can grasp the line of unfolding arguments more quickly than one would think possible. She has a keen and balanced sense of justice. At this point I will supply some missing information, however, about her GPA. It is lower than most law school require. Ms. Jean-Baptiste has sickle cell anemia, and she was, for example, hospitalized for an entire month when she was in my class. For that reason she received a "B" for my course, although it was emphatically obvious that she had done A level work the rest of the semester. She simply had missed too many classes. In a medical sense, I was not aware that sickle cell anemia has such an impact on an academic career, requiring hospitalization so frequently. Ms. Jean-Baptiste is the only student I have waived the regulation, which states that six absences result in a failure. I have been teaching at Fordham since 1982. For Natalie's first years at Fordham she was ill quite frequently. I am certain that my class is not the only class in which her GPA has suffered the consequences.

There is a second highly unusual consideration in the case of Ms. Jean-Baptist. During the semester she was enrolled in my course, she was a victim of either racial bias or mishandling by the NYPD. She came to me for advice, and I, sickened by the story of what happened, could in all conscience only advise her to pursue legal recourse. Natalie believed in our system of justice enough to follow channels of legal recourse, and she was entirely vindicated. This event in her life lasted a long time, it absorbed her time, and it created a high level of personal stress. This too I believe is reflected in her GPA.

Ms. Jean Baptiste is one of the people we want in our legal system, not as a victim but as a lawyer. She richly deserves this place. I have high hopes her health will retain its current stable position. Beyond that she is extraordinarily

Faber Hall | Bronx, NY 10458-9993 | 718•817•4100 | fax: 718•817•5708

intelligent, stunningly quick, and with unassailable sense of justice. Sometimes, rarely, the "facts" don't show the whole person. I am relieved she happened to ask me to write this recommendation, for I had highly specific and, I think, quite telling things to say.

Of all the students I have recommended in the last decade, I believe in this one perhaps the most of all.

Please accept her.

Sincerely, Kate Combellick, Ph.D.
Director of Undergraduate Business Communications
Fordham University
Bronx NY 10458
718-817-5139